**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6692**

MICHAEL J. WILLIAMS,

                                   Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; HARLY G. LAPIN; KIM
WHITE; B. G. COMPTON; JERRY JONES; STRICKLAND;
OFFICER STORY; G. COOPER; OFFICER GIDDINS;
OFFICER MOLLICA; JESSICA JONES; OFFICER
TORRES; OFFICER BOURQUE; R. FLANARY; OFFICER
JOHNSON; OFFICER ELDRIDGE; OFFICER MARQUES;
HARRELL WATTS,

                                   Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-05-202-7-JCT)

Submitted:  September 23, 2005       Decided:  October 19, 2005

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Williams appeals the district court's order dismissing without prejudice, pursuant to 28 U.S.C. § 1915A(b)(2) (2000), his complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, et seq., 2671-2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we grant Williams' motion to proceed in forma pauperis and affirm the district court's order for the reasons stated by the district court. See Williams v. United States, No. CA-05-202-7-JCT (W.D. Va. Apr. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED